**Albert D. THOMAS; AGT,
a Minor, Appellants,**

**v.**

**ZION LUTHERAN SCHOOL, a school operating in Belleville, Illinois; David Kniepkamp, Principal of Zion Lutheran School; Zion Lutheran Church, a church operating in Belleville, Illinois; Gary Byers, Pastor of Zion Lutheran Church; Rick Gove, Former Principal of Zion Lutheran School; Terry Marino, Staff Member of Zion Lutheran School; Cathy Rudolf, Staff Member of Zion Lutheran School; Helen Myers, Staff Member of Zion Lutheran Church, Appellees.**

**No. 12–3989.**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 25, 2013.

Filed: June 28, 2013.

Albert D. Thomas Bridgeton, MO, pro se.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Albert D. Thomas, on behalf of himself and his minor son AGT, appeals the district court's[1] dismissal of his pro se action for lack of subject matter jurisdiction. Having carefully reviewed the record and considered Mr. Thomas's arguments for reversal, we agree with the district court's reasons for concluding that subject matter jurisdiction was lacking. *See Riley v. United States,* 486 F.3d 1030, 1031 (8th Cir.2007) (de novo review). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.